UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Robert M. Waters, Sr.

 v.          Civil No. 08-cv-00467-JL

Northeast Pittston, LLC, et al.

**ORDER AFTER PRELIMINARY**
**PRETRIAL CONFERENCE**

 The Preliminary Pretrial Conference was held in chambers on **March 18, 2009**.

 The Discovery Plan (document no. 13) is approved as submitted, with the following changes:

- "DiBennedetto" disclosure deadline: **July 1, 2009**
- The parties will notify the court of their intention regarding mediation, and whether they request Magistrate Judge Muirhead as a mediator by **June 1, 2009**

 Defendant Northeast Pittston, LLC has represented that none of its limited partners are domiciled in New Hampshire. It has not asserted a challenge to personal jurisdiction in its answer or a motion, and has thus waived the issue.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  March 18, 2009

cc:   John J. LaRivee, Esq.
      Melissa M. Hanlon, Esq.